**NOT FOR CITATION**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERN UNDERWOOD, | No. C 11-03209 JF (PR) |
| Plaintiff, | ORDER CLOSING FILE |
| v. | |
| JIM MARKETING, | |
| Defendant. | |

On June 24, 2011, Plaintiff filed a letter in this Court seeking investigation into a "scam company." The Clerk of the Court construed the as an attempt to file a civil rights complaint pursuant to 42 U.S.C. § 1983, and sent Plaintiff a notice to file a proper complaint. (Docket No. 2.) Plaintiff has filed a letter indicating that she did not intend to file a civil suit. (Docket No. 4.) Since the instant case was opened in error, no fee will be due in connection with the above titled action.

The Clerk shall administratively close this file.

IT IS SO ORDERED.

DATED: _____

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.11\03209Underwood_close.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAVERN UNDERWOOD,

        Plaintiff,

  v.

JIM MARKETING,

        Defendant.

Case Number: CV11-03209 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lavern Underwood 0415643
PO Box 730
Tabor City, NC 28463

Dated: _____                                      
Richard W. Wieking, Clerk